IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     v.                                   Case No.:  **1:21-mj-00584-GMH-1**

MARCOS GLEFFE,
    Defendant.

## NOTICE OF APPEARANCE

Please note the appearance of Robert L. Jenkins, Jr., as counsel of record for the above-cited defendant.

I Ask For This:

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant MARCOS GLEFFE

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy to be served via ECF on this September 8, 2021.

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant MARCOS GLEFFE